UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMSAT THONG,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JANET NAPOLITANO, SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　Respondents. | No. 2:13-cv-1221 KJN P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. On July 25, 2013 respondents filed a notice of non-opposition. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

Dated: July 29, 2013

/thon1221.159

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1