1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KAMSAT THONG,                            No.  2:13-cv-1221 KJN P

12              Petitioner,

13        v.                                  ORDER

14   JANET NAPOLITANO, SECRETARY
     OF U.S. DEPARTMENT OF
15   HOMELAND SECURITY, et al.,

16              Respondents.

17

18        Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed.

19   On July 25, 2013 respondents filed a notice of non-opposition. Accordingly, IT IS HEREBY

20   ORDERED that this action is dismissed without prejudice.  Fed. R. Civ. P. 41(a); see also Rule

21   12, Rules Governing Habeas Corpus Cases Under Section 2254.

22   Dated:  July 29, 2013

23

24   /thon1221.159                            KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                        1